NO. 07-00-0231-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 5, 2000

IN THE INTEREST OF JONATHAN MARK BASKETT, A CHILD

Appellant

FROM THE 47
TH
 DISTRICT COURT OF RANDALL COUNTY;

NO. 45,720-A; HON. JAMES W. ANDERSON, PRESIDING

ON APPELLANT’S MOTION TO DISMISS

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

Before this Court is Appellant’s Motion to Dismiss Appeal stating that appellant “no longer desires to pursue her remedies by advancing this appeal.”  Counsel for appellee has advised this Court that appellee has no objection to the appeal being dismissed.  We, therefore, grant appellant’s motion and dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a) (2).  Having dismissed the appeal at the request of appellant, no motions for rehearing will be entertained by this Court and our mandate shall issue forthwith.  

Per Curiam

Do not publish.